AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:15-cr-17-RLY-CMM-01 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| ELMER FLOYD WIMAN | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is:

☒ GRANTED. The defendant's previously imposed sentence of 110 months of imprisonment is reduced to time served. The term of supervised release remains 3 years. The terms of supervised release stated in the Amended Judgement docketed on November 17, 2016, dkt. 114, remain the same with the addition of the following condition: The defendant is ordered to comply with any period of quarantine due to the COVID-19 pandemic as directed by medical staff and/or any state or local health authority.

☒ OTHER: The defendant's USM Number is 04780-028. This Order is stayed for up to 28 days, for the verification or establishment of a release plan that adequately accounts for the defendant's need for medical care; to transfer the defendant's supervision to another district, if necessary; to make appropriate travel arrangements; and to ensure the defendant's safe release. The BOP shall release the defendant as soon as a residence is verified; a release plan is established that adequately accounts for the defendant's need for medical care; appropriate travel arrangements are made; his supervision is transferred to another district, if necessary; and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than 28 days are needed

to develop a release plan, make appropriate travel arrangements, transfer the defendant's supervision (if necessary), and ensure the defendant's safe release, the parties shall immediately notify the Court and show cause why the stay should be extended. Likewise, if USPO is unable to develop a viable release plan for the defendant despite making good-faith efforts to do so, the United States shall immediately notify the Court and explain why a viable release plan cannot be developed.

No later than 12:00 p.m. on September 23, 2021, counsel for the United States is ordered to do the following: (1) transmit this Order to the defendant's custodian; and (2) file a notice with the Court confirming that transmission of this Order has occurred.

☒ FACTORS CONSIDERED: See contemporaneously filed Entry.

IT IS SO ORDERED.

Dated: 9/22/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Bob Akers
United States Probation Office
46 East Ohio St. #101
Indianapolis, IN 46204